## STATE v. BROOKS

No. 381P95

Case below: 119 N.C.App. 798

Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995. Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995.

## STATE v. CODY

No. 302P95

Case below: 119 N.C.App. 442

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

## STATE v. INGLE

No. 98A93-2

Case below: Rutherford County Superior Court

Petition by defendant, or in the alternative, next friend, Tina Ingle Thompson, for writ of certiorari to review the order of the Rutherford County Superior Court denied 21 September 1995.

## STATE v. KIRKLAND

No. 272A95

Case below: 119 N.C.App. 185

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 October 1995.

## STATE v. LAMSON

No. 216P95

Case below: 118 N.C.App. 588

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.